UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JANET M. LUKES,

        Plaintiff,

vs.

Case No: 1:16-CV-363

CITY OF TWO RIVERS, WISCONSIN,

        Defendant.

## ORDER FOR DISMISSAL

Upon reading and filing the Stipulation for Dismissal, and upon all proceedings herein:

**IT IS ORDERED** that this action is dismissed in its entirety on the merits and with prejudice, and without costs to any party.

Dated this 10th day of February, 2017.

BY THE COURT:

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court